ANDREW VAN ORNUM (Bar No. 214040)
NICHOLAS A. MERRELL (Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California 94104
Telephone:   415-623-7000
Facsimile:    415-623-7001

Attorneys for Plaintiff FIRST NATIONAL
INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOISES AVILA, an individual; EVELIA AVILA, an individual; ISMAEL AVILA, an individual; and LUZ ELVA AVILA, an individual.<br><br>Defendants. | Case No.11-cv-04185-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Information:<br>Date:     December 6, 2011<br>Time:     3:00 p.m.<br>Judge:    Mag. Elizabeth LaPorte<br>Ctrm:     E, 15th Floor |

Pursuant to Local Rule 6-2, 7-12, 16-10(a) and the Court's Standing Order Re Case Management Conference, the parties, by and through their respective counsel, Watt, Tieder, Hoffar & Fitzgerald, L.L.P. for Plaintiff First National Insurance Company of America ("First National") and Pinnacle Law Group, LLP for Defendants Ismael and Luz Elva Avila ("Defendants"), have met and conferred and hereby stipulate and request the Court reschedule the case management conference currently set for December 6, 2011:

a.     First National's lead trial counsel, Andrew Van Ornum, is in trial on another case, which trial is taken longer than anticipated, and which will likely continue through December 14,

2011.

b. In order to allow First National's trial counsel to attend the case management conference, First National and Defendants met and conferred and agreed upon rescheduling the case management conference to December 20, 2011 at 10:30 a.m.

c. First National and Defendants have not previously stipulated to any extension of case deadlines. Neither party believes this extension will substantially impact the overall case schedule.

As a result of the foregoing, First National and Defendants request that the court reschedule the hearing for December 20, 2011 at 10:30 a.m.

**IT IS SO STIPULATED.**

Dated: December 1, 2011             **WATT, TIEDER, HOFFAR**
                                    **& FITZGERALD, L.L.P.**


                                    By: /s/ *Andrew Van Ornum*
                                         Andrew Van Ornum
                                         Nicholas A. Merrell
                                         Attorneys for FIRST NATIONAL INSURANCE
                                         COMPANY OF AMERICA

Dated: December 1, 2011             **PINNACLE LAW GROUP**


                                    By: /s/ *Kevin Rooney*
                                         Kevin Rooney
                                         Attorneys for Defendants

Based upon the stipulation of the parties and for good cause shown, the Court hereby orders the case management conference currently scheduled for December 6, 2011 to be rescheduled for December 20, 2011 at 10:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 2, 2011

_____
ELIZABETH D. LAPORTE
United States ~~District~~ Judge
                    Magistrate

- 2 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE