ANDREW VAN ORNUM (Bar No. 214040)
NICHOLAS A. MERRELL (Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001

Attorneys for Plaintiff FIRST NATIONAL
INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOISES AVILA, an individual; EVELIA AVILA, an individual; ISMAEL AVILA, an individual; and LUZ ELVA AVILA, an individual.<br><br>Defendants. | Case No.11-cv-04185-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING EARLY SETTLEMENT CONFERENCE**<br><br>Current ESC Information:<br>Date: February 24, 2012<br>Time: 9:30 a.m.<br>Judge: Mag. Judge Nathanael Cousins<br>Ctrm: A, 15th Floor |

The parties, by and through their respective counsel, Watt, Tieder, Hoffar & Fitzgerald, L.L.P. for Plaintiff First National Insurance Company of America ("First National") and Pinnacle Law Group, LLP for Defendants Ismael and Luz Elva Avila ("Defendants"), have agreed to conduct a mediation with Liberty Bank, a non-party to this litigation, on April 10, 2012 with retired Judge Richard Flier of ADR Services, Inc. First National and Defendants intend to attempt to resolve the claims in this litigation and to attempt to resolve additional claims which are not before this Court. As such, conducting the early settlement conference as scheduled will be duplicative and an inefficient use of the parties' and the Court's resources.

Further, First National's client representative has a scheduling conflict on February 24,

2012, and is unable to travel from Seattle, Washington for the current scheduled settlement conference.

Based on the foregoing, First National and Defendants stipulate and request the Court vacate the scheduled early settlement conference currently set for February 24, 2012.

**IT IS SO STIPULATED.**

Dated: February 17, 2012                     **WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

By: /s/ Andrew Van Ornum
Andrew Van Ornum
Nicholas A. Merrell
Attorneys for FIRST NATIONAL INSURANCE COMPANY OF AMERICA

Dated: February 17, 2012                     **PINNACLE LAW GROUP**

By: /s/ Kevin Rooney
Kevin Rooney
Attorneys for Defendants

Based upon the stipulation of the parties and for good cause shown, the Court hereby vacates and cancels the early settlement conference currently scheduled for February 24, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/17/12

_____
JUDGE NATHANAEL COUSINS
United States Magistrate Judge